IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>QUENTIN RAY HEAVYRUNNER,<br><br>　　　　　　　Defendant. | MJ-25-79-M-KLD<br><br><br>**ORDER** |

On November 17, 2025, the Court held a hearing on Defendant's unopposed motion for release to allow him to attend inpatient treatment at the Montana Chemical Dependency Center in Butte, Montana. (Doc. 10). As discussed in open court,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant shall file a notice advising the Court of his anticipated release date from the Montana Chemical Dependency Center, at which time the Court will set a hearing to address the issue of release or detention.

DATED this 17th day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge